IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TASHA NERI and ROGER NERI,

    Petitioners,

  v.

UNITED STATES OF AMERICA,

    Respondent.

                               /

No. C 11-80243 WHA

**ORDER TO SHOW CAUSE AND VACATING MOTION HEARING**

      This is a general duty matter in which petitioners seek to quash a subpoena for documents issued to non-party Facebook, Inc. Petitioners filed their motion to quash on October 11, 2011, but they did not notice a date for the motion to be heard. That same day, an order was issued stating that the motion would be briefed and heard on the normal 35-day track, with a hearing on November 17, 2011 (Dkt. No. 4). Pursuant to Civil Local Rule 7-3, respondent's opposition or statement of non-opposition to the motion was due on October 25. Respondent, however, has made no appearance or filing in this matter. Respondent is therefore **ORDERED TO SHOW CAUSE** why the motion to quash should not be granted for failure to oppose. A response to this order must be filed by **NOVEMBER 21, 2011**. If no response is filed, or if good cause is not shown, the motion may be granted. The motion hearing previously set for November 17, 2011, is **VACATED**. *Petitioners Tasha Neri and Roger Neri must serve a copy of this order on the United States Attorney by **NOVEMBER 2, 2011**.*

      **IT IS SO ORDERED.**

Dated: October 30, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE